MEMO ENDORSED p.2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/19

CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

L. HOWARD ADAMS
ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
KEVIN J. BURKE
JAMES J. CLARK
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
PIERRE M. GENTIN

CHARLES A. GILMAN
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER
(212) 701-3621

GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER

MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI*
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
S. PENNY WINDLE
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

*ADMITTED IN DC ONLY

April 18, 2017

Re: *Citizens Union of the City of New York, et al.* v. *The Attorney General of the State of New York, et al.* (16-cv-09592-RMB)

Dear Judge Berman:

I write on behalf of our client Governor Andrew Cuomo to update the Court on the efforts undertaken by counsel to respond to your Order of March 16, 2017.

Following the parties' conference before the Court on March 16, 2017, Your Honor entered an Order consolidating the three cases for all purposes, directing that the lead case be styled *Citizens Union of the City of New York* v. *The Attorney General of the State of New York, et al.* (instead of *Citizens Union of the City of New York* v. *The Governor of the State of New York, et al.*) and concluding that "[w]ith respect to the Defendant Governor's interest in moving to dismiss the claims against him going forward (see H'r Tr., dated Mar. 16, 2017), the Court requests that the parties seek to resolve the issue consensually, i.e. without the need for motion practice."

As Your Honor knows, Governor Cuomo was only named in one of the three actions, the action instituted by Citizens Union. As such, counsel for Citizens Union, Mr. Mastro, and I have sought, via communications over the course of the past month, to resolve the issue of the Governor's status, an issue that the Governor believes is governed by repeated and controlling authority that the Eleventh Amendment provides the Governor with complete immunity from suit. *See Steinberg* v. *Elkman*, No. 15 CV 278-LTS-DCF, 2016 WL 796870, at *3 (S.D.N.Y. Feb. 22, 2016) (Swain, J.), *aff'd*, 666 Fed. App'x 26 (2d Cir. Nov. 17, 2016) ("[I]t is 'well settled that the ambit of the Eleventh Amendment's immunity includes a governor, in his official capacity[.]'") (quoting *Nunez* v. *Cuomo*, No. 11-CV3457 (DLI)(LB), 2012 WL 3241260, at *20 (E.D.N.Y. Aug. 7, 2012)).

CAHILL GORDON & REINDEL LLP

- 2 -

I write to advise the Court that despite those efforts, Mr. Mastro and I have been unable to agree to a consensual resolution of the issue. Therefore, I would respectfully request that this Court grant Governor Cuomo leave to file his motion to dismiss the Amended Complaint. We would be prepared to file such a motion no later than thirty days from the entry of an order permitting him to so move. I want to assure the Court that this request will have no impact on the schedule for resolving the discovery dispute that is now fully briefed before Magistrate Judge Parker and which will be argued before her on April 25, 2017.

Respectfully submitted,

/s/ Floyd Abrams

Floyd Abrams
Cahill Gordon & Reindel LLP
*Attorneys for Governor Andrew Cuomo*

The Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

BY ECF

cc: All Counsel of Record (by ECF)

---

Pls. Citizens Union & Citizens Union Foundation to respond by April 25.

SO ORDERED:
Date: 4/18/17                 Richard M. Berman
                              Richard M. Berman, U.S.D.J.