UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIZENS UNION OF THE CITY OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ATTORNEY GENERAL OF THE STATE OF NEW YORK, et al., <br><br> Defendants. | 16-cv-9592 (RMB) (KHP) |

**NOTICE OF GOVERNOR ANDREW CUOMO'S
MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, the undersigned, attorneys for Defendant Andrew Cuomo, Governor of the State of New York ("the Governor"), in the above-referenced matter, will move this Court before the Honorable Richard M. Berman, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing all claims asserted against the Governor by Plaintiffs Citizens Union of the City of New York and Citizens Union Foundation, Inc. of the City of New York in the Amended Complaint in this action. The grounds for this motion are set forth in the Governor's memorandum of law filed herewith.

Dated: New York, New York
May 15, 2017

    /s Floyd Abrams
**CAHILL GORDON & REINDEL LLP**
Floyd Abrams
Susan Buckley
Tammy Roy
80 Pine Street
New York, New York 10005
(212) 701-3000
fabrams@cahill.com
sbuckley@cahill.com
troy@cahill.com

*Attorneys for Governor Andrew Cuomo*

2