

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

February 15, 2018

**By ECF**

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    *Citizens Union, et al. v. The Governor of the State of New York in his official capacity, et al.*, SDNY No. 16 Civ. 9592 (RMB)

              *American Civil Liberties Union Foundation, Inc., et al. v. Seth H. Agata, in his official capacity as Executive Director of the Joint Commission on Public Ethics, et al.*, SDNY No. 16 Civ. 9854 (RMB)

              *Lawyers Alliance for New York, et al. v. Eric T. Schneiderman, in his official capacity as the Attorney General of the State of New York*, SDNY No. 17-cv-1655 (RMB) (KHP)

Dear Judge Berman:

      I represent defendant Eric T. Schneiderman, sued in his official capacity as the Attorney General of the State of New York (the "AG"), the sole remaining defendant in the above-referenced consolidated actions.  As Your Honor may recall, on October 18, 2017, the Court granted the AG's request to hold these cases in abeyance pending the Second Circuit's decision in *Citizens United v. Schneiderman*, 2016 U.S. Dist. LEXIS 115495, *30 (S.D.N.Y. 2016) (Stein, J.), *appeal docketed*, No. 16-3310 (2d Cir.) ("*Citizens United*").  *See* Dkt No. 123.  I am writing to advise the Court that the Second Circuit issued its decision in *Citizens United* today.  A copy of the decision is attached as Exhibit 1 to this letter.

Hon. Richard M. Berman
*Citizens Union v. Governor of NY*, SDNY No. 16 Civ. 9592
*ACLU v. Agata*, SDNY No. 16 Civ. 9854
*Lawyers Alliance for NY v. Schneiderman*, SDNY No. 16 Civ. 1655
February 15, 2018
Page 2

      In light of this development, the next step in these actions is for the plaintiffs to file preliminary injunction applications or summary judgment motions.  I will confer with plaintiffs' counsel on a briefing schedule so the parties can make a proposal to the Court shortly.

                              Respectfully submitted,

                              /s/  Andrew Amer

                              Andrew Amer
                              Special Litigation Counsel
                              (212) 416-6127

cc:  All Counsel of Record (by ECF)