**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/18
```

CITIZENS UNION OF THE CITY OF NEW
YORK, et al.,

                               Plaintiffs,

          -against-

THE ATTORNEY GENERAL OF THE STATE
OF NEW YORK,

                               Defendant.

16 Civ. 9592 (RMB) (KHP)

**ORDER**

The parties are directed to make brief letter submissions (5 pages double spaced) about the applicability, if any, of the February 15, 2018 ruling of the United States Court of Appeals for the Second Circuit in <u>Citizens United v. Schneiderman</u>, 16-3310-cv, to the above-captioned case pending before this Court. Submissions are due on or before Friday, February 23, 2018 (noon).

Dated: New York, New York
       February 17, 2018



RICHARD M. BERMAN
U.S.D.J