UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Citizens Union of the City of New
York, et al.          Plaintiff,

Case No. 16 Civ. 9592 (RMB) (KHP)

-against-

The Attorney General of the
State of New York,    Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending           [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Andrew Amer**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AA5462          My State Bar Number is 2107191

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: New York State Office of the Attorney General
            FIRM ADDRESS: 120 Broadway, New York, NY 10271
            FIRM TELEPHONE NUMBER: 212-416-6127
            FIRM FAX NUMBER: 212-416-6009

NEW FIRM:   FIRM NAME: New York State Office of the Attorney General
            FIRM ADDRESS: 28 Liberty Street, New York, NY 10005
            FIRM TELEPHONE NUMBER: 212-416-6127
            FIRM FAX NUMBER: 212-416-6009

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 4/24/18                     /s/ Andrew Amer
                                   ATTORNEY'S SIGNATURE