

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD　　　　　　　　　　　　　　　　　　DIVISION OF STATE COUNSEL
ACTING ATTORNEY GENERAL　　　　　　　　　　　　　　　　　　　　　　LITIGATION BUREAU

May 11, 2018

**By ECF**

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

> Re:　*Citizens Union, et al. v. The Governor of the State of New York in his official capacity, et al.*, SDNY No. 16 Civ. 9592 (RMB)
>
> *American Civil Liberties Union Foundation, Inc., et al. v. Seth H. Agata, in his official capacity as Executive Director of the Joint Commission on Public Ethics, et al.*, SDNY No. 16 Civ. 9854 (RMB)
>
> *Lawyers Alliance for New York, et al. v. Eric T. Schneiderman, in his official capacity as the Attorney General of the State of New York*, SDNY No. 17-cv-1655 (RMB) (KHP)

Dear Judge Berman:

　　This letter is to provide notice that, pursuant to Federal Rule of Civil Procedure 25(d), Acting Attorney General Barbara D. Underwood, as successor to Eric T. Schneiderman, is automatically substituted as a party defendant in her official capacity in each of the above-referenced consolidated cases.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/  Andrew Amer

　　　　　　　　　　　　　　　　　　　　　　Andrew Amer
　　　　　　　　　　　　　　　　　　　　　　Special Litigation Counsel
　　　　　　　　　　　　　　　　　　　　　　(212) 416-6127

cc:  All Counsel of Record (by ECF and email)