UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

CITIZENS UNION OF THE CITY OF NEW YORK, et al.,

                          Plaintiffs,

-against-

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                          Defendant.

---

16 Civ. 9592 (RMB)

**ORDER**

All motions for leave to file amicus briefs in support of or in opposition to the parties' cross-motions for summary judgment must be filed by Monday, July 2, 2018 (noon). Any and all oppositions to the motions for leave to file amicus briefs must be filed by Monday, July 9, 2018 (noon).

Each motion for leave to file an amicus brief must attach the proposed amicus brief as an exhibit. Amicus briefs are limited to 15 pages (double-spaced).

Dated: New York, New York
        May 25, 2018


RICHARD M. BERMAN
U.S.D.J