UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CITIZENS UNION OF THE CITY OF NEW YORK,
et al.,

            Plaintiffs,

-against-

THE ATTORNEY GENERAL OF THE STATE OF
NEW YORK, in her official capacity,

            Defendant.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 16 Civ. 9592 (RMB) (KHP)

      PLEASE TAKE NOTICE that JAMES M. THOMPSON, Assistant Attorney General in the Office of BARBARA D. UNDERWOOD, Attorney General of the State of New York, certifies that he is admitted to practice before this Court and hereby appears as counsel of record for defendant The Attorney General of the State of New York, in her official capacity, in the above-referenced action and those consolidated with it.

Dated: New York, New York
       May 30, 2018

                                          BARBARA D. UNDERWOOD
                                          Attorney General of the State of New York

                                          By:   */s/ James M. Thompson*
                                          James M. Thompson
                                          Assistant Attorney General
                                          28 Liberty Street
                                          New York, New York 10005
                                          (212) 416-6656

CC:    All counsel of record (via ECF)