UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CITIZENS UNION OF THE CITY OF NEW YORK, et al.,** | No. 16 Civ. 9592 (RMB) (KHP) |
| *Plaintiffs,* | **DEFENDANT'S NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,** | |
| *Defendant.* | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment, Defendant's Local Civil Rule 56.1 Statement, and Defendant's Local Civil Rule 56.1 Response, all dated June 25, 2018, and upon all proceedings and papers previously filed in these consolidated actions, Defendant will move this Court before the Honorable Richard M. Berman, United States District Judge for the Southern District of New York, at the courthouse located at 500 Pearl Street, New York, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendant summary judgment dismissing Plaintiffs' actions in their entirety, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's April 12, 2018 order (16-cv-9592, ECF No. 135), Plaintiffs' joint papers in support of their summary judgment motion filed on May 24, 2018, and in opposition to Defendant's cross-motion must be filed by July 12, 2018, and Defendant's reply papers must be filed by August 2, 2018.

Dated:  New York, New York
        June 25, 2018

Respectfully submitted,

BARBARA D. UNDERWOOD
Attorney General of the State of New York

By:   /s/ *Andrew Amer*
 Andrew Amer, Special Litigation Counsel
 James Thompson, Assistant Attorney General
 28 Liberty Street
 New York, New York 10005
 (212) 416-6127
 andrew.amer@ag.ny.gov

*Attorneys for Defendant The Attorney General of the State*
*   of New York, in her official capacity*