```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITIZENS UNION OF THE CITY OF NEW YORK, et al.,

                              Plaintiffs,

-against-

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                              Defendant.

16 Civ. 9592 (RMB)

**ORDER**

The Court will hold brief oral argument regarding Plaintiffs' joint motion for summary judgment, dated May 24, 2018 [#138], and Defendant's cross motion for summary judgment, dated June 25, 2018 [#150], on Wednesday, November 28, 2018, at 11:15 a.m. The three Plaintiffs will each be allotted up to twenty minutes. The Court requests that Plaintiffs divide the separate issues in dispute to avoid duplicative argument. Defendant will be allotted up to thirty minutes.

Dated: New York, New York
         September 25, 2018

                                                     _/s/ RMB_
                                                     RICHARD M. BERMAN
                                                         U.S.D.J