# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

December 19, 2019

MEMO ENDORSED

Stephanie Teplin
Partner
(212) 336-2543
steplin@pbwt.com

**By ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/19

Re:   *Citizens Union of the City of New York, et al. v. The Attorney General of the State of New York*, No. 16-cv-09592

Dear Judge Cote:

We represent the ACLU Plaintiffs in the above-captioned matter. We write on behalf of all parties in this consolidated matter regarding Plaintiffs' pending motions for attorneys' fees and costs. *See* Dkt. 180, 183, 186

The parties participated in a settlement conference before Magistrate Judge Parker on November 22, 2019, and reached an agreement in principle to resolve all of the pending motions for attorneys' fees and costs shortly thereafter. Since that time, the parties have been working diligently to finalize a settlement agreement that reflects the terms of their agreement.

In light of their agreement to resolve the issues presented by the motions for attorneys' fees and costs, the parties request that the Court stay the December 20, 2019 deadline for Plaintiffs to file reply submissions on the pending motions. *See* Dkt. 190. A brief stay will allow the parties to finalize the settlement agreement without incurring unnecessary time and expense associated with further briefing. The parties expect to finalize their settlement agreement in the coming weeks, allowing the motions to be withdrawn. In the event the parties are unable to do so, the parties will update the Court on the status of settlement negotiations no later than January 8, 2020.

[handwritten endorsement: *So ordered letter due 1/8/20.* /s/ Denise Cote 12/19/19]

Respectfully submitted,

/s/ Stephanie Teplin
Stephanie Teplin

11560346